Emil S. Kim
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
kime@ballardspahr.com

*Attorneys for Defendant Citibank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON BRADLEY LEEDS FELD, an individual, | CASE NO. 2:20-cv-02216 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT |
| CITIBANK, N.A., a national banking association, | |
| Defendant. | **(First Request)** |

Plaintiff Aaron Bradley Leeds and Defendant Citibank, N.A., stipulate and agree that Citibank has up to and including March 24, 2021 to respond to plaintiff's complaint.

*[Continued on following page.]*

This request is made in good faith and not made for purposes of delay

Dated: March 8, 2021

| BALLARD SPAHR LLP | COGBURN LAW |
|---|---|
| By: /s/ Emil S. Kim | By: /s/ Erik W. Fox |
| Emil S. Kim<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Citibank, N.A.* | Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>(702) 748-7777<br><br>*Attorneys for Plaintiff* |

### ORDER

Before the Court is a stipulation by the parties to extend the time to respond to plaintiff's complaint. ECF No. 7. Under the Local Rules, "[a] motion or stipulation to extend time must state the reasons for the extension requested." LR IA 6-1(a). Here, the parties offer no reason for the requested extension. Therefore, IT IS ORDERED that the parties' stipulation is DENIED without prejudice. The parties may re-file their stipulation if it conforms with the Local Rules.

**IT IS SO ORDERED**

**DATED:** 4:11 pm, March 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**