Emil S. Kim
Nevada Bar No. 14894
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
kime@ballardspahr.com

*Attorneys for Defendant*
*Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON BRADLEY LEEDS FELD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., a national banking association,<br><br>Defendant. | CASE NO. 2:20-cv-02216<br><br>AMENDED STIPULATION AND ORDER TO EXTEND TIME FOR CITIBANK, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>**(First Request)** |

Plaintiff Aaron Bradley Leeds Feld ("Plaintiff") and Defendant Citibank, N.A. ("Citibank"), stipulate and agree that Citibank has up to and including March 24, 2021, to respond to the Complaint by answer, motion or otherwise. The requested extension is needed to allow time for Citibank to investigate Plaintiff's claims in order to prepare a response. In addition, the parties are engaged in settlement discussions and the additional time will allow the parties to continue to explore early resolution.

The requested extension is entered into in good faith and not for the purpose of delay.

Dated: March 16, 2021

| BALLARD SPAHR LLP | COGBURN LAW |
|---|---|
| By: /s/ Emil S. Kim<br>Emil S. Kim<br>Nevada Bar No. 14894<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Citibank, N.A.* | By: /s/ Erik W. Fox<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway, Suite 330<br>Henderson, Nevada 89074<br>(702) 748-7777<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/19/2021