Lindsay Demaree
Nevada Bar No. 11949
Emil Kim
Nevada Bar No. 14894
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
demareel@ballardspahr.com
kime@ballardspahr.com

*Attorneys for Defendant
Citibank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AARON BRADLEY LEEDS FELD,<br><br>        Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>        Defendant. | CASE NO. 2:20-cv-02216-KJD-BNW<br><br>**STIPULATION AND ORDER TO ARBITRATE AND TO STAY CASE** |

    Plaintiff Aaron Bradley Leeds Feld ("Plaintiff") and Defendant Citibank, N.A. ("Citibank") (collectively, the "Parties") stipulate and agree as follows:

    1.    The Parties jointly agree to stay this action and submit Plaintiff's claims to binding individual arbitration.

    2.    The terms and conditions related to the credit card agreement(s) at issue in this case contain an arbitration provision requiring the parties to arbitrate their claims through the American Arbitration Association ("AAA") if either party makes a demand to arbitrate.  See attached Exhibit 1.

DMWEST #41409901 v2

3. Citibank has demanded that Plaintiff arbitrate his claims, and the Parties have agreed to stipulate to stay this action in its entirety pending the completion of arbitration pursuant to the terms of the arbitration provision contained in the credit card agreement(s), the rules of the AAA, and the Federal Arbitration Act.

It is so stipulated.

Dated: March 23, 2021.

| Ballard Spahr LLP | Cogburn Law Offices |
|---|---|
| By: /s/ Emil S. Kim<br>Lindsay Demaree<br>Emil Kim<br>Nevada Bar No. 14894<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Citibank, N.A.* | By: /s/ Erik. W. Fox<br>Erik W. Fox<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br><br>*Attorneys for Plaintiff,*<br>*Aaron Bradley Leeds Feld* |

### ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/24/2021

2

DMWEST #41409901 v2